UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL, | No. C 06-07488 NJV |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| COURT OF CALIFORNIA COUNTY OF DEL NORTE, | |
| Defendant. | |

Plaintiff filed a complaint for declaratory relief on December 6, 2006. The matter came on for hearing on March 20, 2007 at 2:00 p.m. for case management conference and status. Plaintiff failed to appear. Plaintiff was ordered to serve Defendant by April 6, 2007 or the matter was to be dismissed for failure to prosecute. As of today's date, Defendant, Court of California County of Del Norte has not been served with Plaintiff's complaint for declaratory relief filed on December 6, 2006. Therefore, pursuant to Federal Rules of Civil Procedure Section 4(m) the Court on its own initiative dismisses this action without prejudice.

SO ORDERED:

DATED: June 20, 2007

HON. NANDOR J. VADAS
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

John Gimbel                      No. C 06-7488 NJV

V.                              CERTIFICATE OF SERVICE

Court of California County
of Del Norte
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

John Gimbel
225 Brevus Street
Crescent City, CA 95531

                                              RICHARD W. WIEKING, CLERK

                                              By:/s/_____
                                                    Deputy Clerk